FILED

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0054

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 22-0054

SHANDOR S. BADARUDDIN,

Appellant,

v.

THE STATE OF MONTANA &
THE NINETEENTH JUDICIAL DISTRICT,

Appellees.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), Appellee the State of Montana is given an extension of time until November 24, 2022 to prepare, file and serve its answer brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 11 2022